```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

UNITED STATES OF AMERICA,        )
                                 )          4:99CR3105
            Plaintiff,           )
                                 )
     vs.                         )          ORDER
                                 )
                                 )
KIM M. SCHROEDER,                )
            Defendant.           )

IT IS ORDERED that a revocation hearing is set to commence at **1:30 p.m. on May 18, 2006** before the Hon. Richard G. Kopf, United States District Judge, in Courtroom #1, United States Courthouse, Lincoln, Nebraska.

Dated:   May 2, 2006.

                            BY THE COURT

                            s/ David L. Piester
                            _____
                            David L. Piester
                            United States Magistrate Judge