IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:99CR3105 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| KIM M. SCHROEDER, | ) | |
| | ) | |
| Defendant. | ) | |

At the request of the United States Probation Officer, and without objection by counsel for the plaintiff and the defendant,

IT IS ORDERED that the petition for offender under supervision (filing 53) is dismissed without prejudice. Defendant Schroeder's February 1, 2007 revocation hearing is canceled.

January 31, 2007.                    BY THE COURT:

                         s/ *Richard G. Kopf*
                         United States District Judge