```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:99CR3105 |
| | ) | |
| v. | ) | |
| | ) | |
| KIM M. SCHROEDER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

In accordance with the decision announced from the bench at the defendant's initial appearance,

IT IS ORDERED,

Defendant is released on her previous conditions of supervised release and in addition, the following condition:

Defendant shall reside at Williams Prepared Place, 3525 Evans St. Omaha, NE and shall abide by all of its requirements, rules, and restrictions.  She shall not leave the facility without the prior permission of the supervising probation officer and a staff member of the facility.  Should she be terminated from or complete the programming at the facility, she shall immediately report such to her attorney and the supervising probation officer, and shall report to the nearest office of the United States Marshal, whereupon she shall be brought before the court for hearing on conditions of release or detention.

DATED this 20th day of March, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge