IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 4:99CR3105 |
| KIM M. SCHROEDER, ) | |
| Defendant. ) | |

### ORDER

THIS MATTER comes before the Court on defendant's Motion To Amend Conditions of Release, filing 77. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, Ms. Schroeder shall be allowed to reside at her home and continue her treatment on an outpatient basis at the Williams Prepared Place in Omaha, NE. All other conditions of Ms. Schroeder's supervised release shall remain in full force and effect.

DATED this 15th day of June, 2007.

BY THE COURT:

The Honorable David L. Piester
United States Magistrate Judge