IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>                          Plaintiff,        )<br>                                                          )<br>v.                                                      )      Case No.  4:99CR3105<br>                                                          )<br>KIM M. SCHROEDER,                     )<br>                                                          )<br>                          Defendant.    ) | |

## ORDER

THIS MATTER comes before the Court on defendant's motion to continue the July 17, 2007, revocation hearing in this case for approximately one week.  Filing 79.  The Court, being fully advised in the premises, and noting that the Government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 24th day of July, 2007, at 1:00 p.m.  The defendant is ordered to appear at such time.

June 21, 2007.                                              BY THE COURT:

                                                                   s/ *Richard G. Kopf*
                                                                   United States District Judge