IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:99CR3105 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| KIM M. SCHROEDER, | ) | |
| | ) | |
| Defendant. | ) | |

On the joint oral motion of counsel,

IT IS ORDERED that Defendant Schroeder's revocation hearing is rescheduled to Thursday, July 26, 2007, at 11:30 a.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

July 19, 2007.                         BY THE COURT:

                                        s/ *Richard G. Kopf*
                                        United States District Judge